B9I (Official Form 9I) (Chapter 13 Case) (12/11)                                                                                                         Case Number **13–50599**

UNITED STATES BANKRUPTCY COURT Western District of Virginia

# Notice of
# Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines

The debtor(s) listed below filed a chapter 13 bankruptcy case on 5/9/13.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors – Do not file this notice in connection with any proof of claim you submit to the court**
**See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Charles Alan Looney II<br>1117 Cherokee Trail<br>Covington, VA 24426 | Tammie Matilda Hoke–Looney<br>aka Tammie Hoke Looney, aka Tammie M. Looney<br>1117 Cherokee Trail<br>Covington, VA 24426 |
| Case Number:<br>13–50599 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx–xx–0862<br>xxx–xx–7784 |
| Attorney for Debtor(s) (name and address):<br>David Leslie Meeks<br>Carlton Legal Service, PLC<br>118 Mactanly Place<br>Staunton, VA 24401<br>Telephone number: 540–213–0547 | Bankruptcy Trustee (name and address):<br>Herbert L Beskin(82)<br>PO Box 2103<br>Charlottesville, VA 22902<br>Telephone number: 434–817–9913 |

## Meeting of Creditors

Date: **June 25, 2013**                                                                                    Time: **09:30 AM**

Location: **cr mtg, STN, Gen. Dist. Courtroom, 1st Flr, 113 E. Beverley St., Staunton, VA 24401**

## Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
*You can now file your Proof of Claim at the court's website located at www.vawb.uscourts.gov*
*Address to file Proof of Claim Only:*

116 N Main St.
Room 223
Harrisonburg, VA 22802

### Deadline to File a Proof of Claim:

For all creditors (except a governmental unit): **9/23/13**          For a governmental unit (except as otherwise
                                                                                                   provided in Fed. R. Bankr. P. 3002 (c)(1)): **11/6/13**

### Creditor with a Foreign Address:

A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 8/26/13**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Filing of Plan, Hearing on Confirmation of Plan
The debtor has filed a plan.

Date: **7/17/13**, Time: **09:30 AM**, Location: **Courtroom, 3rd Flr., US Courthouse, 116 N. Main St., Harrisonburg, VA 22802**

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| **Address of the Bankruptcy Clerk's Office:**<br>116 N Main St.<br>Room 223<br>Harrisonburg, VA 22802<br>(540) 434–8327 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>John W. L. Craig |
|---|---|
| Hours Open: Monday – Friday 8:00 AM – 4:30 PM | Date: 5/10/13 |

**EXPLANATIONS**  B9I (Official Form 9I) (12/11)

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under Chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to File a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid, you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to a discharge under Bankruptcy Code § 1328(f), you must file a motion objecting to discharge in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523 (a)(2) or (4), you must file a complaint in the bankruptcy clerk's office by the same deadline. The bankruptcy clerk's office must receive the motion or the complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

<u>Refer to Other Side for Important Deadlines and Notices</u>

```
                               United States Bankruptcy Court
                                Western District of Virginia

In re:                                                                  Case No. 13-50599-rbc
Charles Alan Looney, II                                                 Chapter 13
Tammie Matilda Hoke-Looney
        Debtors                       CERTIFICATE OF NOTICE

District/off: 0423-5          User: spitzera               Page 1 of 3              Date Rcvd: May 11, 2013
                              Form ID: b9i                 Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 12, 2013.
db/jdb     +Charles Alan Looney, II,    Tammie Matilda Hoke-Looney,    1117 Cherokee Trail,
             Covington, VA 24426-6932
tr         +Herbert L Beskin(82),    PO Box 2103,    Charlottesville, VA 22902-2103
3774501    +ALLEGHANY COUNTY TREASURER OFFICE,    9212 WINTERBERRY AVENUE, SUITE F,    COVINGTON, VA 24426-6251
3774503    +ALLY FINANCIAL,    P. O. BOX 8132,    COCKEYSVILLE, MD 21030-8132
3774506    +ENCOURAGING WORDS,    TERRY LUSHER, MA LPC,    P.O. BOX 1397,    LEWISBURG, WV 24901-4397
3774507    +GAIL LOONEY,    1407 HATCHER AVENUE,    COVINGTON, VA 24426-3029
3774522    +WECCU,   347 NORTH COURT AVENUE,    COVINGTON, VA 24426-1586

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty         E-mail/Text: candy@carltonlegalservices.com May 11 2013 15:44:23     David Leslie Meeks,
             Carlton Legal Service, PLC,    118 Mactanly Place,    Staunton, VA   24401
3774502    +EDI: GMACFS.COM May 11 2013 17:00:00     ALLY AUTOMOTIVE FINANCING,    P. O. BOX 380901,
             BLOOMINGTON, MN 55438-0901
3774504     EDI: WFNNB.COM May 11 2013 17:00:00     COMENITY BANK,    BANKRUPTCY DEPARTMENT,    PO BOX 182125,
             COLUMBUS, OH 43218-2125
3774511    +EDI: RMSC.COM May 11 2013 17:00:00     GE CAPITAL RETAIL BANK,    ATTN: BANKRUPTCY DEPARTMENT,
             P.O. BOX 103104,   ROSWELL, GA 30076-9104
3774508    +EDI: RMSC.COM May 11 2013 17:00:00     GE CAPITAL RETAIL BANK,    ATTN: BANKRUPTCY DEPARTMENT,
             P.O. BOX 103106,   ROSWELL, GA 30076-9106
3774514     EDI: CBSKOHLS.COM May 11 2013 17:00:00     KOHL'S,   P. O. BOX 3043,    MILWAUKEE, WI   53201-3043
3774515     EDI: HFC.COM May 11 2013 17:00:00     RETAIL SERVICES - BEST BUY,    P.O. BOX 5893,
             CAROL STREAM, IL   60197-5893
3774516     EDI: AGFINANCE.COM May 11 2013 17:00:00     SPRINGLEAF FINANCIAL SERVICES,    601 NW 2ND STREET,
             EVANSVILLE, IN   47708
3774517    +EDI: AGFINANCE.COM May 11 2013 17:00:00     SPRINTLEAF FINANCIAL,    1260 SOUTH CRAIG AVENUE,
             COVINGTON, VA 24426-2225
3774518     E-mail/Text: bankruptcymortgage@suntrust.com May 11 2013 16:08:34     SUNTRUST BANK,
             P. O. BOX 305053,    NASHVILLE, TN   37230-5053
3774519     EDI: STF1.COM May 11 2013 17:00:00     SUNTRUST MORTGAGE, INC.,
             ATTN: CLIENT SERVICES - RVW3003,    P. O. BOX 26149,    RICHMOND, VA   23260-6149
3774520    +EDI: WTRRNBANK.COM May 11 2013 17:00:00     TARGET NATIONAL BANK,    P. O. BOX 59231,
             MINNEAPOLIS, MN 55459-0231
3774521    +EDI: AFNIVZWIRE.COM May 11 2013 17:00:00     VERIZON,   BANKRUPTCY ADMINISTRATION,
             P.O. BOX 3397,   BLOOMINGTON, IL 61702-3397
3774500    +EDI: AFNIVZWIRE.COM May 11 2013 17:00:00     VERIZON WIRELESS,    P. O. BOX 5029,
             WALLINGFORD, CT 06492-7529
3774523     EDI: WFFC.COM May 11 2013 17:00:00     WELLS FARGO CARD SERVICES,    P.O. BOX 10347,
             DESMOINES, IA   50306-0347
                                                                                               TOTAL: 15

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3774505*      COMENITY BANK,   BANKRUPTCY DEPARTMENT,   PO BOX 182125,   COLUMBUS, OH 43218-2125
3774512*     +GE CAPITAL RETAIL BANK,   ATTN: BANKRUPTCY DEPARTMENT,   P.O. BOX 103104,
               ROSWELL, GA 30076-9104
3774513*     +GE CAPITAL RETAIL BANK,   ATTN: BANKRUPTCY DEPARTMENT,   P.O. BOX 103104,
               ROSWELL, GA 30076-9104
3774509*     +GE CAPITAL RETAIL BANK,   ATTN: BANKRUPTCY DEPARTMENT,   P.O. BOX 103106,
               ROSWELL, GA 30076-9106
3774510*     +GE CAPITAL RETAIL BANK,   ATTN: BANKRUPTCY DEPARTMENT,   P.O. BOX 103106,
               ROSWELL, GA 30076-9106
                                                                                 TOTALS: 0, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0423-5          User: spitzera           Page 2 of 3           Date Rcvd: May 11, 2013
                              Form ID: b9i             Total Noticed: 22
```

***** BYPASSED RECIPIENTS (continued) *****

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: May 12, 2013**                        **Signature:** _Joseph Speetjens_

```
District/off: 0423-5           User: spitzera            Page 3 of 3              Date Rcvd: May 11, 2013
                               Form ID: b9i              Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 10, 2013 at the address(es) listed below:
          David Leslie Meeks    on behalf of Debtor Charles Alan Looney, II candy@carltonlegalservices.com,
           movetostrike.meeks@gmail.com;melissa@carltonlegalservices.com
          David Leslie Meeks    on behalf of Joint Debtor Tammie Matilda Hoke-Looney
           candy@carltonlegalservices.com, movetostrike.meeks@gmail.com;melissa@carltonlegalservices.com
          USTrustee    USTPRegion04.RN.ECF@usdoj.gov
                                                                                                          TOTAL: 3